UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SELENA THOMPSON, JON M. STEWART, CHRISTINE OST, and JACOB MANNING, on behalf of themselves and all other employees similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> JIMMY JOHN'S FRANCHISE, LLC, JIMMY JOHN'S ENTERPRISES, LLC, JIMMY JOHN'S, LLC, SPIN THE PLANET, INC., STP JJ TEAM 1, LLC, d/b/a SPIN THE PLANET ENTERPRISES, d/b/a JIMMY JOHN'S, WTE, INC., and DANIEL VANSTEENBURG, <br><br> Defendants. | Case File No.  18-cv-06755 <br><br> **STP DEFENDANTS' NOTICE OF MOTION TO STAY** |

---

| | |
|---|---|
| MOTION BY: | Defendants Spin The Planet, Inc.; STP JJ Team 1, LLC, d/b/a Spin The Planet Enterprises, d/b/a Jimmy John's; WTE, Inc.; and Daniel Vansteenburg (collectively, the "STP Defendants") |
| RELIEF REQUESTED: | Motion To Stay Conditioned on Payment of Costs |
| BASIS FOR RELIEF REQUESTED: | Pursuant to Fed.R.Civ.P. 41(d), the STP Defendants request that the Court stay this |

second-filed action unless and until Plaintiffs pay to the STP Defendants their reasonable costs incurred in defending an action brought by, and subsequently dismissed by Plaintiffs, prior to recommencing the same action against the same Defendants.

| | |
|---|---|
| SUPPORTING PAPERS: | The STP Defendants' Memorandum of Law In Support Of Their Motion To Stay Conditioned on Payment of Costs |
| PLACE: | United States District Court Western District of New York U.S. Courthouse. |
| RETURN DATE | To be determined by the Court. |
| REPLY: | Pursuant to L.R.Civ.P. 7(a)(1), The STP Defendants intend to file and serve reply papers. |

Dated:  December 3, 2018

s/ *Joseph Sokolowski*
Mary L. Fee
Joseph Sokolowski *pro hac vice*
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
Telephone:  612.492.7000

*Attorneys for STP Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2018, I caused the attached document to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| J. Nelson Thomas, Esq.<br>nthomas@theemploymentattorneys.com<br>Michael J. Lingle, Esq.<br>mlingle@theemploymentattorneys.com<br>Annette Gifford<br>agifford@theemploymentattorneys.com<br>693 East Avenue<br>Rochester, New York 14607<br>Telephone: (585) 272-0540 | Gerald L. Maatman, Jr.<br>gmaatman@seyfarth.com<br>Matthew Gagnon<br>mgagnon@seyfarth.com<br>233 South Wacker Drive<br>Suite 8000<br>Chicago, IL 60606-6448<br>312-460-5237 (office)<br>312-460-7237 (fax) |

Dated: December 3, 2018         *s/ Mary L. Fee*
                                Mary L. Fee