UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SELENA THOMPSON, JON M. STEWART, AND CHRISTINE OST, *on behalf of themselves and all other employees similarly situated,*

*Plaintiffs,*

v.

JIMMY JOHN'S FRANCHISE, LLC, JIMMY JOHN'S ENTERPRISES, LLC, JIMMY JOHN'S, LLC, SPIN THE PLANET, INC., STP JJ TEAM 1, LLC, d/b/a SPIN THE PLANET ENTERPRISES, d/b/a JIMMY JOHN'S, WTE, INC., AND DANIEL VANSTEENBURG,

*Defendants.*

**Civil Action No. 18-cv-06755**

## STIPULATION OF DISMISSAL

**WHEREAS,** this action was originally filed in New York State Supreme Court, Monroe County before being removed to this Court by the defendants;

**WHEREAS,** Jimmy John's Franchise, LLC, Jimmy John's Enterprises, LLC and Jimmy John's, LLC were dismissed from this action pursuant to a stipulation entered into by the parties;

**WHEREAS,** following removal, the Court dismissed the Massachusetts claims from this action;

**WHEREAS,** plaintiff Ost re-filed the Massachusetts claims in a separate action, *Ost v. Spin the Planet, Inc., et al.*, Civil Action No. 19-cv-11720 (D.Mass.) (the "Massachusetts Action"), which had been pending in United States District Court for the District of Massachusetts;

**WHEREAS,** the parties remaining in this matter have reached a settlement, prior to

any class being certified, together with the parties in the related Massachusetts Action;

**WHEREAS,** the parties desire to consolidate the actions for settlement purposes in state court where the claims were originally filed and to facilitate a single notice and approval process;

**WHEREAS,** upon the finalization of the approval and administration process contemplated by the parties' settlement, Plaintiffs will take all steps necessary to dismiss this action with prejudice.

**NOW THEREFORE**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action, without prejudice, and without fees or costs to any party, except as otherwise agreed to by the parties in connection with the settlement.

Dated: October 8, 2020

| | |
|---|---|
| **THOMAS & SOLOMON LLP** | **DORSEY & WHITNEY LLP** |
| By: /s/ Michael J. Lingle | By: /s/ Ryan E. Mick |
| Michael J. Lingle | Ryan E. Mick |
| 693 East Avenue | Suite 1500 |
| Rochester, NY 14607 | 50 South Street |
| Telephone: (585) 272-0540 | Minneapolis, MN 55402 |
| mlingle@theemploymentattorneys.com | Telephone: (612) 492-6613 |
| | Mick.Ryan@dorsey.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Spin the Planet, Inc., STP JJ Team I, LLC d/b/a Jimmy John's, WTE, Inc. and Daniel Vansteenburg* |

**SO ORDERED. The Clerk of Court is directed to close this case.**

**Date**: October 13, 2020
        Rochester, New York

*Charles J. Siragusa*
CHARLES J. SIRAGUSA
United States District Judge

-2-